IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:09CR457
                             )
       v.                    )
                             )
VICKI CASS,                  )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to withdraw guilty plea (Filing No. 591). The Court finds that plaintiff should file a response to the motion. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion to withdraw guilty plea on or before January 18, 2011.

DATED this 29th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court