IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| vs. | ) | **MOTION TO WITHDRAW** |
| | ) | **PLEA OF GUILTY** |
| VICKI CASS, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW** the Defendant, Vicki Cass, by and through her attorney, Glenn A. Shapiro, and moves to withdraw the previous motion to withdraw plea of guilty.

VICKI CASS, Defendant

s/Glenn A. Shapiro #19126
SCHAEFER SHAPIRO, LLP
1001 Farnam Street
Omaha, NE  68102
(402) 341-0700
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Maria Moran, Assistant United States Attorney, 1620 Dodge Street, Suite 1400, Omaha, Nebraska 68102-1506.

s/Glenn A. Shapiro